# United States Court of Appeals

### For the Eighth Circuit

_____

## No. 22-1452

_____

Benjamin A. Bishop

*Plaintiff - Appellant*

v.

Ramona Huff, Nurse/Health Service Supervisor, Correct Care;
Gary Musselwhite, Superintendent, ADC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas

_____

Submitted: February 14, 2023
Filed: February 17, 2023
[Unpublished]

_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Benjamin Bishop appeals the district court's[1] adverse grant of summary judgment for failure to exhaust administrative remedies. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Townsend v. Murphy*, 898 F.3d 780, 783 (8th Cir. 2018) (reviewing de novo grant of summary judgment based on failure to exhaust). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the recommendation disposition of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas, now retired.